IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL -7 PM 5: 38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CHRISTOPHER SAWYER,

    Plaintiff,

v.                                No. 03-2261 B

CITY OF MEMPHIS, et al.,

    Defendants,

and

BRITT SHANE HUTCHINSON,

    Plaintiff,

v.

CITY OF MEMPHIS, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

Before the Court are the May 31, 2005 motion of Defendant officers Frank Hannah and A. Kosso to dismiss and for summary judgment and the May 31, 2005 motion of the City of Memphis for summary judgment against the Plaintiffs, Christopher Sawyer and Britt Shane Hutchinson. According to the Court's docket, no responses have been filed on behalf of the Plaintiffs, even though the deadlines for such responses have expired.[1]

---

[1] Under the Local Rules of this district, responses to motions to dismiss and motions for summary judgment "must be filed within thirty days of service of the motion." LR7.2(a)(2), Local Rules of the U.S. Dist. Ct. for the W. Dist. of Tenn.

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 7-8-05

(41)

Accordingly, the Plaintiffs are hereby directed, within eleven (11) days of the entry hereof, to show cause why the motions referenced herein should not be granted. Failure of the Plaintiffs to comply in a timely manner with this order may result in dismissal with prejudice of the Plaintiffs' claims.

IT IS SO ORDERED this 7th day of July, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:03-CV-02261 was distributed by fax, mail, or direct printing on July 8, 2005 to the parties listed.

---

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

R. Linley Richter
LAW OFFICE OF R. LINLEY RICHTER, JR.
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Johnny Quitman Rasberry
LAW OFFICE OF JOHNNY RASBERRY
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT