FILED BY ____ D.C.

05 JUL 19 PM 2:27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER SAWYER, | * |
| Plaintiff, | * |
| v. | * Case No. 03-2261-B/V |
| | * Consolidated Cases |
| CITY OF MEMPHIS, et al., | * |
| Defendants. | * |

### ORDER CONTINUING CASE

This cause came on to be heard upon the Plaintiffs' Motion for Continuance filed herein, and it appears to the Court, after having reviewed the record herein and having considered the Affidavit of R. Linley Richter, Jr., offered in support of the Motion, that there is no opposition to the continuance of the trial of this matter and the Motion is well taken.

Accordingly, the trial of this matter, currently set for September 12, 2005 is continued and the proceedings in this matter are stayed until such time as a status conference can be held.

IT IS SO ORDERED this 19th day of July, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  7-19-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:03-CV-02261 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

R. Linley Richter
LAW OFFICE OF R. LINLEY RICHTER, JR.
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Johnny Quitman Rasberry
LAW OFFICE OF JOHNNY RASBERRY
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT